Fill in this information to identify the case:

Debtor 1   Christopher John Standerwick

Debtor 2   Crystal Dawn Preston-Standerwick
           aka Crystal Dawn Preston
           aka Crystal Dawn Standerwick

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of MICHIGAN

Case number 17-57688-tjt

## Official Form 410S1
## Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST

**Court claim no.** (if known): 23-1

**Last 4 digits** of any number you use to identify the debtor's account: 1008

**Date of payment change:** 07/01/18
Must be at least 21 days after date of this notice

**New total payment:** $1,275.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $470.29        New escrow payment: $442.12

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment             New mortgage payment:

Debtor 1 <u>Christopher John Standerwick</u>    Case number *(if known)* <u>17-57688-tjt</u>
     Print Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Sindi Mncina          Date May 31, 2018
   Signature

| | | | |
|---|---|---|---|
| Print | Sindi    Mncina | Title | Authorized Agent for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | RAS Crane, LLC | | |
| Address | 10700 Abbott's Bridge Rd. Suite 170 | | |
| | Number   Street | | |
| | Duluth, GA 30097 | | |
| | City   State   ZIP Code | | |
| Contact Phone | 470-321-7112 | Email | smncina@rascrane.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

Christopher John Standerwick,   BK Case 17-57688-tjt
                                Chapter 13

Crystal Dawn Preston-Standerwick,

 Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___May 31, 2018_____,
I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James P. Frego, II
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127


Christopher John Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310


Crystal Dawn Preston-Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310


Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Rd. Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Brandi Hooks
Brandi Hooks
Email: bhooks@rascrane.com

Representation Of Printed Document



PO Box 619063
Dallas, TX 75261-9063

CHRISTOPHER STANDERWICK
3470 YARDLY CT
STERLING HEIGHTS MI 48310-4926

## ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:**
**Analysis Date:** 04/09/2018

**Customer Service** 1-800-495-7166
Monday-Thursday 8:00 a.m. to 9:00 p.m. CT
Friday 8:30 a.m. to 5:00 p.m. CT
Saturday 10:00 a.m. to 4:00 p.m. CT

| | PRESENT PAYMENT | NEW PAYMENT effective 07/01/2018 |
|---|---|---|
| Principal & Interest | $833.30 | $833.30 |
| Escrow Payment | $470.29 | $442.12 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $1,303.59 | $1,275.42 |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $5,305.51 / 12 months = $442.12.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a surplus of $337.99 because the Projected Low Point (c) of -$2,164.36 plus the escrow adjustment* <u>is more than</u> the Required Low Point of $884.24.
*An Escrow Adjustment of $3,386.59, scheduled to be repaid through the bankruptcy, is included in this calculation.
If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $833.30 |
| Escrow Payment | $442.12 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| Total | $1,275.42 |
| Effective Date | 07/01/2018 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 629.96 | 3,678.56 |
| Jul-18 | 442.12 | .00 | | 1,072.08 | 4,120.68 |
| Aug-18 | 442.12 | 3,678.56 | CITY/TOWN 1S | (c) -2,164.36 | (b) 884.24 |
| Sep-18 | 442.12 | .00 | | -1,722.24 | 1,326.36 |
| Oct-18 | 442.12 | .00 | | -1,280.12 | 1,768.48 |
| Nov-18 | 442.12 | .00 | | -838.00 | 2,210.60 |
| Dec-18 | 442.12 | 551.95 | CITY/TOWN 2N | -947.83 | 2,100.77 |
| Jan-19 | 442.12 | .00 | | -505.71 | 2,542.89 |
| Feb-19 | 442.12 | .00 | | -63.59 | 2,985.01 |
| Mar-19 | 442.12 | 1,075.00 | HOMEOWNERS I | -696.47 | 2,352.13 |
| Apr-19 | 442.12 | .00 | | -254.35 | 2,794.25 |
| May-19 | 442.12 | .00 | | 187.77 | 3,236.37 |
| Jun-19 | 442.12 | .00 | | 629.89 | 3,678.49 |
| TOTAL | $5,305.44 | (a) $5,305.51 | | | |

### IMPORTANT MESSAGES

Fay Servicing is a debt collector and information you provide will be used to collect a debt. However, if you have filed for bankruptcy we will fully respect any applicable automatic stay, modification or discharge. Further, if you filed Chapter 7 Bankruptcy, received a discharge and this loan was not reaffirmed in the bankruptcy case, we will exercise on in rem rights as allowed under applicable law and will not attempt to collect, recover or offset the discharged debt as your personal liability. If your account is currently included in a Chapter 13 Bankruptcy, the escrow shortage at the time of filing will be spread over the life of the Bankruptcy. Any Shortage for the annual escrow analysis will comply with federal requirements. NMLS ID#88244

---

DETACH COUPON HERE



CHRISTOPHER STANDERWICK

**ESCROW SHORTAGE PAYMENT COUPON**

Account Number: 

If you have an escrow shortage and choose to pay the shortage in full, please submit this payment coupon with your check payable to Fay Servicing.

Escrow Shortage Payment

Total Amount Enclosed $ ☐☐☐☐☐☐.☐☐

FAY SERVICING
P.O. BOX 809441
CHICAGO, IL 60680-9441

Internet Reprint

# ESCROW ACCOUNT DISCLOSURE STATEMENT

| Loan Number: | ACCOUNT HISTORY | Date: 04/09/2018 |

This is a statement of actual activity in your escrow account from 01/01/2018 through 06/30/2018. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | 2,100.84 | -1,116.78 |
| 01/18 | 442.12 |  |  |  |  | 2,542.96 | -1,116.78 |
| 02/18 | 442.12 | 470.29 * |  | 1,075.00 | HOMEOWNERS I | 2,985.08 | -1,721.49 < |
| 03/18 | 442.12 | * | 1,075.00 |  | HOMEOWNERS I | 2,352.20 | -1,721.49 |
| 04/18 | 442.12 | 1,410.87 E |  | E |  | 2,794.32 | -310.62 |
| 05/18 | 442.12 | 470.29 E |  | E |  | 3,236.44 | 159.67 |
| 06/18 | 442.12 | 470.29 E |  | E |  | 3,678.56 | 629.96 |
| TOTAL | $5,305.44 | $2,821.74 | $5,305.51 | $1,075.00 |  |  |  |