IN THE MATTER OF:

**Christopher Standerwick &,**
**Crystal Preston-Standerwick**

         DEBTORS.

_____/

CASE NO.: 17-57688
CHAPTER: 13
JUDGE: Thomas J. Tucker

## OBJECTION TO PROOF OF CLAIM OF WILMINGTON SAVINGS FUND SOCIETY, FSB, PACER CLAIM #23

      Debtor(s), by and through Counsel, Frego & Associates-The Bankruptcy Law Office, P.L.C., hereby objects to the proof of claim filed by Wilmington Savings Fund Society, FSB, and state as follows:

1. Debtors filed for Bankruptcy protection on or about December 29th, 2017.

2. On or about March 8th, 2018, creditor Wilmington Savings Fund Society, FSB filed a Proof of Claim (Claim #-23). (hereafter "Proof of Claim")

3. The proof of claim indicates the Debtors are $3,247.82 behind with their direct pay mortgage.

4. The Debtors believe they are now 100% current with their mortgage and petitions the Court to enter an order indicating Debtors are current and have no arrears with the debt owed to this creditor.

      **WHEREFORE,** Debtor(s) pray this Honorable Court modify Proof of Claim #23 to deem the Debtors are current with their obligation to Wilmington Savings Fund Society, FSB.

          /s/ Glen T. Turpening
          Glen T. Turpening P65230
          Attorney for Debtor
          Frego & Associates-The Bankruptcy
          Law Office, PLC
          23842 Joy Road
Dated: 08/08/18          Dearborn Heights, MI 48127
          (313) 724-5088
          fregolaw@aol.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Christer Standerwick &,**
**Crystal Preston-Standerwick**

| | |
|---|---|
| CASE NO.: | 17-57688 |
| CHAPTER: | 13 |
| JUDGE: | Thomas J. Tucker |

DEBTORS.

_____/

3470 Yardly, Sterling Heights, IM 48310

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 6388
Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any):4146

### NOTICE OF OBJECTION TO CLAIM

Christopher Standerwick and Crystal Preston-Standerwick have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before September 6th 2018, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
211 W. Fort St. Ste 2100, Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:
{Christopher Standerwick and Crystal Prenston-Standerwick 3470 Yardly, Sternling Heights MI 48310}
{Trustee Tammy Terry, 535 Griswold, Ste 2100 Detroit MI 48226}
{Frego & Associates 23843 Joy Rd. Dearborn Heights MI 48127}

2. Attend the hearing on the objection, scheduled to be held on September 13th, 2018 at 9 a.m. in Courtroom1925, United States Bankruptcy Court, [**211 W. Fort St. Detroit MI 48226**], unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: 08/08/18

/s/Glen T. Turpening
Glen T. Turpening P65230
Attorney for Debtor
Frego & Associates-The Bankruptcy
Law Office, PLC
23842 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Christer Standerwick &,**
**Crystal Preston-Standerwick**

CASE NO.:    17-57688
CHAPTER:    13

DEBTORS.

JUDGE:      Thomas J. Tucker

_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF WILMINGTON SAVINGS FUND SOCIETY, FSB, CLAIM #23

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the court having heard the matter in open court and for the reasons stated on the record:

**NOW THEREFORE, IT IS HEREBY ORDERED:**

The objection to the Proof of Claim filed by the above-referenced creditor is hereby granted

**IT IS FURTHER ORDERED** as follows:

1. The Debtors are current with their payments to Wilmington Savings Fund Society, FSB. The Trustee shall make no disbursements on the arrearage portion of the proof of claim.

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit A

***"PROPOSED ORDER"***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Christer Standerwick &,**
**Crystal Preston-Standerwick**

CASE NO.:   17-57688
CHAPTER:   13

DEBTORS.

JUDGE:     Thomas J. Tucker

_____/

PROOF OF SERVICE

I, Peter J. Ramik, Jr., hereby swear under perjury that I served copies of:

1. OBJECTION TO THE PROOF OF WILMINGTON SAVINGS FUND SOCIETY, FSB.
2. PROOF OF SERVICE
3. NOTICE OF OBJECTION TO CLAIM
4. "PROPOSED ORDER"

in said case with the Clerk of the Court were served by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

CREDITOR:  Wilmington Savings Fund Society, FSB, 3000 Kellway Dr., Ste, 150, Carrollton, TX 75006

Dated: 08/08/18

/s/Peter Ramik_____

Peter J. Ramik, Jr.
Employee of
Frego & Associates-The Bankruptcy
Law Office, PLC
23842 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com