Fill in this information to identify the case:

Debtor 1    Christopher John Standerwick

Debtor 2    Crystal Dawn Preston-Standerwick
            aka Crystal Dawn Preston
            aka Crystal Dawn Standerwick

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of MICHIGAN

Case number 17-57688-tjt

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST</u>          **Court claim no**. (if known): 23

**Last 4 digits** of any number you use to identify the debtor's account: <u>1008</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

---

| **Part 1:** | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | **Description** | **Date Incurred** | | **Amount** |
| --- | --- | --- | --- | --- |
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 2/16/2018 (plan review) 3/09/2018 (POC) | (5) | $650.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| **Part 2:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘     /s/  Sonali Patel                          Date    08/10/2018
             Signature

Print         Sonali B. Patel                    Title    <u>Bankruptcy Attorney</u>
               First Name      Middle Name      Last Name

Company    <u>RAS Crane, LLC</u>

Address     <u>10700 Abbott's Bridge Road, Suite 170</u>
              Number           Street

               <u>Duluth, GA 30097</u>
              City                      State     ZIP Code

Contact Phone    <u>470-321-7112</u>                Email    <u>spatel@rascrane.com</u>

IN RE:

**Christopher John Standerwick,**

**Crystal Dawn Preston-Standerwick,**
   **Debtors.**

CASE NO.: 17-57688-tjt

**CHAPTER 13**

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on August 10, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James P. Frego, II
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127

Toni Valchanov
Frego & Associates
23843 Joy Road
Dearborn Heights, MI 48127

Christopher John Standerwick
Crystal Dawn Preston-Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Alexis Van Zilen
   Alexis Van Zilen
   avzilen@rascrane.com

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 3

17-57688-tjt  Doc 45  Filed 08/10/18  Entered 08/10/18 13:06:38  Page 3 of 3