UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Christer Standerwick &,**
**Crystal Preston-Standerwick**

CASE NO.: 17-57688
CHAPTER: 13

DEBTORS.

JUDGE: Thomas J. Tucker

_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF WILMINGTON SAVINGS FUND SOCIETY, FSB, CLAIM #23

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the court having heard the matter in open court and for the reasons stated on the record:

**NOW THEREFORE, IT IS HEREBY ORDERED:**

The objection to the Proof of Claim filed by the above-referenced creditor is hereby granted

**IT IS FURTHER ORDERED** as follows:

1. The Debtor is current with her payments to Wilmington Savings Fund Society, FSB. The Trustee shall make no disbursements on the arrearage portion of the proof of claim.

**Signed on September 07, 2018**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge