# IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan
## SOUTHERN DIVISION - DETROIT

In the Matter of:

CHRISTOPHER JOHN STANDERWICK &
  CRYSTAL DAWN PRESTON-STANDERWICK

Debtor(s)

Case No. 17-57688

Chapter 13

Judge Tucker

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Frego & Associates, P.L.C.</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>$ fee app</u> in fees and <u>$fee app</u> in expenses, and that the portion of such claim which has not already been paid, to-wit: <u>$fee app</u> shall be paid by the Trustee as an administrative expense of this case. The Trustee shall hold $3,500.00 pending a fee application.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]   Provision V.H. of the Plan shall be modified to include the following language; Provided that if any creditor identified in Class 5.1 or Class 6.1 files a Proof of Claim that specifies a monthly payment amount at variance with the Equal Monthly Payment amount set forth in the Plan, the amount of the monthly payment specified in the Plan shall control and shall become the Equal Monthly Payment for that creditor.

[X]   The Debtor wife is still looking for employment, if she becomes employed during the pendency of her Bankruptcy she will amend her schedules accordingly.

[X]   The Debtor husband commits 100% of his bonuses to the Chapter 13 plan unless otherwise excused by this Court.

Approved:
**/s/ Tammy L. Terry**
TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
313-967-9857
Mieb_ecfadmin@det13.com

/s/ Glen T. Turpening
Frego & Associates-The Bankruptcy Law Office, P.L.C.
Attorney for Debtor(s)
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088
fregolaw@aol.com
Glen T. Turpening (P65230)

**Signed on September 19, 2018**

**/s/ Thomas J. Tucker**
**Thomas J. Tucker**
**United States Bankruptcy Judge**