IN THE MATTER OF:
Christopher John Standerwick and
Crystal Preston-Standerwick,

CASE NO.: 17-57688
CHAPTER: 13
JUDGE: TUCKER

           Debtors.
_____/

## RESPONSE TO WILMINGTON SAVINGS FUND SOCIETY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     Now Come Debtors, Christopher John Standerwick and Crystal Preston-Standerwick, by and through their Attorneys, Frego & Associates – The Bankruptcy Law Office, PLC, and for their response to MOTION FOR RELIEF FROM THE AUTOMATIC STAY state as follows:

1. Debtors admit.
2. Debtors admit.
3. Debtors admit.
4. Debtors admit.
5. Debtors admit.
6. Debtors admit.
7. Debtors neither admit nor deny and leave movant to its proofs. Debtors further state that they believe they have already cured their delinquency.
8. Debtors neither admit nor deny and leave movant to its proofs.
9. Debtors neither admit nor deny and leave movant to its proofs.
10. Debtors neither admit nor deny and leave movant to its proofs.
11. Debtors neither admit nor deny and leave movant to its proofs.
12. Debtors neither admit nor deny and leave movant to its proofs.
13. Debtors neither admit nor deny and leave movant to its proofs.
14. Debtors neither admit nor deny and leave movant to its proofs.
15. Debtors neither admit nor deny and leave movant to its proofs.
16. Debtors admit.
17. Debtors neither admit nor deny and leave movant to its proofs.
18. Debtors neither admit nor deny and leave movant to its proofs.

   WHEREFORE Debtors request that this Honorable Court deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, or in the alternative, set this matter for hearing.

Respectfully submitted,

/s/ Toni Valchanov
Frego & Associates – The Bankruptcy
Law Office, PLC
Attorneys for Debtors
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088
fregolaw@aol.com
Toni Valchanov P75398

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Christopher John Standerwick and
Crystal Preston-Standerwick,

CASE NO.: 17-57688
CHAPTER: 13
JUDGE: TUCKER

Debtors.
_____/

## CERTIFICATE OF SERVICE

I, Toni Valchanov, hereby certify that on **4/6/2020**, I electronically filed RESPONSE TO WILMINGTON SAVINGS FUND SOCIETY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY and this CERTIFICATE OF SERVICE, in said case with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

TRUSTEE: TAMMY L. TERRY: mieb_ecfadmin@det13.net

CREDITOR: Trott Law, P.C. (Attorneys for Wilmington Savings Fund Society) EasternECF@trottlaw.com

/s/ Toni Valchanov
Frego & Associates – The Bankruptcy
Law Office, PLC
Attorneys for Debtors
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088
fregolaw@aol.com
Toni Valchanov P75398