| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Christopher John Standerwick |
| **Debtor 2** (Spouse, if filing) | Crystal Dawn Preston-Standerwick aka Crystal Dawn Preston aka Crystal Dawn Standerwick |
| United States Bankruptcy Court for the : Eastern | District of **Michigan** (State) |
| **Case number** | 17-57688-tjt |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust

**Court claim no.** (if known): 23

**Last four digits** of any number you use to identify the debtors' account: XXXXXX1008

**Date of payment change:**
Must be at least 21 days after date of this notice 7/1/2020

**New total payment:**
Principal, interest, and escrow, if any $1,543.55

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ⊤ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 424.02     New escrow payment :   $ 710.25

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ⊤ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:          %          New interest rate:          %

   Current principal and interest payment:   $ _____     New principal and interest payment:   $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ⊤ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____     New mortgage payment:   $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

T I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Linda  St. Pierre_____    Date   _5/28/2020_____
    Signature

Print:    _Linda_____    _St. Pierre_____    Title   _Authorized Agent_____
    First Name    Middle Name    Last Name

Company    _McCalla Raymer Leibert Pierce, LLC_____

Address    _1544 Old Alabama Road_____
    Number    Street
    _Roswell_____    _GA_____    _30076_____
    City    State    ZIP Code

Contact phone    860-240-9156                            Email   _Linda.St.Pierre@mccalla.com_

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 17-57688-tjt |
| Christopher John Standerwick | Chapter: | 13 |
| Crystal Dawn Preston-Standerwick | Judge: | Thomas J. Tucker |
| aka Crystal Dawn Preston |  |  |
| aka Crystal Dawn Standerwick |  |  |

CERTIFICATE OF SERVICE

I, Linda  St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Christopher John Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310

Crystal Dawn Preston-Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310

James P. Frego, II                              *(served via ECF Notification)*
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127

Tammy L. Terry, Trustee                    *(served via ECF Notification)*
Buhl Building
535 Griswold, Suite 2100
Detroit, MI 48226

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  _5/29/2020_    By:    _/s/Linda  St. Pierre_
             (date)                        Linda  St. Pierre
                                        Authorized Agent for Fay Servicing, LLC



**Representation Of Printed Document**

### *ESCROW ACCOUNT*
### *DISCLOSURE STATEMENT*

**Loan Number:**
**Analysis Date:** 04/21/2020

**Customer Service** 1-800-495-7166
Monday-Thursday  8:00 a.m. to 9:00 p.m. CT
Friday  8:30 a.m. to 5:00 p.m. CT
Saturday  10:00 a.m. to 4:00 p.m. CT

FAY SERVICING
PO Box 619063
Dallas, TX 75261-9063

CHRISTOPHER STANDERWICK
3470 YARDLY CT
STERLING HEIGHTS MI 48310-4926

| | PRESENT PAYMENT | NEW PAYMENT effective 07/01/2020 |
|---|---|---|
| Principal & Interest | $833.30 | $833.30 |
| Escrow Payment | $424.02 | $563.19 |
| Escrow Shortage | $0.00 | $147.06 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$1,257.32** | **$1,543.55** |

---

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

#### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $6,758.18 / 12 months = $563.19.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus.

You have a shortage of $5,294.20 because the Projected Low Point of -$4,167.82 plus the escrow adjustment* _is less than_ the Required Low Point of $1,126.38.

*An Escrow Adjustment of $0.00, scheduled to be repaid through the bankruptcy, is included in this calculation.

You have a shortage greater than or equal to one month's escrow payment, your shortage will be spread over the next 36 monthly payments. You will need not take any further action.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $833.30 |
| Escrow Payment | $563.19 |
| Escrow Shortage | $147.06 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$1,543.55** |
| Effective Date | 07/01/2020 |

#### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | -822.76 | 4,471.44 |
| Jul-20 | 563.19 | .00 | | -259.57 | 5,034.63 |
| Aug-20 | 563.19 | 4,471.44 | CITY/TOWN 1S | (c) -4,167.82 | (b) 1,126.38 |
| Sep-20 | 563.19 | .00 | | -3,604.63 | 1,689.57 |
| Oct-20 | 563.19 | .00 | | -3,041.44 | 2,252.76 |
| Nov-20 | 563.19 | .00 | | -2,478.25 | 2,815.95 |
| Dec-20 | 563.19 | 850.74 | CITY/TOWN 2N | -2,765.80 | 2,528.40 |
| Jan-21 | 563.19 | .00 | | -2,202.61 | 3,091.59 |
| Feb-21 | 563.19 | .00 | | -1,639.42 | 3,654.78 |
| Mar-21 | 563.19 | 1,436.00 | HOMEOWNERS I | -2,512.23 | 2,781.97 |
| Apr-21 | 563.19 | .00 | | -1,949.04 | 3,345.16 |
| May-21 | 563.19 | .00 | | -1,385.85 | 3,908.35 |
| Jun-21 | 563.19 | .00 | | -822.66 | 4,471.54 |
| **TOTAL** | **$6,758.28** | **(a) $6,758.18** | | | |

---

### IMPORTANT MESSAGES

ACH Debit Borrowers: You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. – 9 P.M. Friday 8:30 A.M. – 5 P.M., and Saturday 10 A.M. – 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

**Internet Reprint**

# ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:** ███████  ACCOUNT HISTORY  **Date: 04/21/2020**

This is a statement of actual activity in your escrow account from 07/01/2019 through 06/30/2020. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 3,356.63 | -37.06 | |
| 07/19 | 424.02 | 442.12 | | | | | | 3,780.65 | 405.06 | |
| 08/19 | 424.02 | | * | 3,356.63 | 4,471.44 | | CITY/TOWN 1S | 848.04 | -4,066.38 | < |
| 09/19 | 424.02 | 866.14 | | | | | | 1,272.06 | -3,200.24 | |
| 10/19 | 424.02 | 424.02 | | | | | | 1,696.08 | -2,776.22 | |
| 11/19 | 424.02 | 424.02 | | | | | | 2,120.10 | -2,352.20 | |
| 12/19 | 424.02 | 424.02 | * | 462.59 | 850.74 | | CITY/TOWN 2N | 2,081.53 | -2,778.92 | |
| 01/20 | 424.02 | | | | | | | 2,505.55 | -2,778.92 | |
| 02/20 | 424.02 | 424.02 | * | | 1,436.00 | | HOMEOWNERS I | 2,929.57 | -3,790.90 | |
| 03/20 | 424.02 | 1,272.06 | * | 1,269.00 | | | HOMEOWNERS I | 2,084.59 | -2,518.84 | |
| 04/20 | 424.02 | 848.04 | E | | E | | | 2,508.61 | -1,670.80 | |
| 05/20 | 424.02 | 424.02 | E | | E | | | 2,932.63 | -1,246.78 | |
| 06/20 | 424.02 | 424.02 | E | | E | | | 3,356.65 | -822.76 | |
| TOTAL | $5,088.24 | $5,972.48 | | $5,088.22 | $6,758.18 | | | | | |