UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

CHRISTOPHER JOHN STANDERWICK and　　　　Case No. 17-57688-tjt
CRYSTAL DAWN PRESTON-STANDERWICK,　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　Hon.  Thomas J. Tucker
　　　　Debtors.
_____/

## ORDER GRANTING RELIEF FROM THE POST-CONFIRMATION STAY AND CO-DEBTOR STAY

THIS MATTER having come before the Court on Lessor/Creditor ACAR Leasing, LTD, d/b/a GM Financial Leasing's Motion for Relief from the Post-Confirmation Stay and Co-Debtor Stay, the Motion having been served upon the Debtors, the Co-Lessee, Debtors' counsel, and the Chapter 13 Trustee, and the Court being otherwise fully advised in the premises; IT IS ORDERED:

1. Lessor/Creditor ACAR Leasing, LTD, d/b/a GM Financial Leasing, is hereby granted relief from the post-confirmation stay and co-debtor stay to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the auto lease agreement for the Debtors' lease of one 2017 Chevrolet Traverse, vehicle identification number 1GNKRGKD3HJ185178, including repossession and sale of the vehicle.

2. The entry of this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3). All other terms and provisions of the automatic stay shall remain in full force and effect.

**Signed on November 17, 2020**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**