Fill in this information to identify the case:

Debtor 1   Christopher John Standerwick

Debtor 2   Crystal Dawn Preston-Standerwick
(Spouse, if filing)

United States Bankruptcy Court for the:  EASTERN            District of   MICHIGAN
                                                                            (State)

Case number  17-57688-tjt

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST | Court claim no. (if known) | 23-1 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX1008 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes. Date of the last notice: August 10, 2018

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 10/6/2020, included in consent order (docket # 85) | (3) | $ (1,050.00) |
| 4. | Filing fees and court costs | 10/6/2020, included in consent order (docket # 85) | (4) | $ (181.00) |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Christopher John Standerwick | Case number (*if known*) | 17-57688-tjt |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| X | /s/Neisi Garcia Ramirez | | Date | 12/8/2020 |
|---|---|---|---|---|
| | Signature | | | |

| Print: | Neisi | | Garcia Ramirez | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC |
|---|---|
| Address | 1544 Old Alabama Road |
| | Number   Street |
| | Roswell           GA           30076 |
| | City           State           ZIP Code |
| Contact phone | 954-332-9426 |     Email     Neisi.GarciaRamirez@mccalla.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**In re:**  )
)  **Case No.** 17-57688-tjt
Christopher John Standerwick  )  **Chapter** 13
Crystal Dawn Preston-Standerwick  )
)  **JUDGE:** THOMAS J. TUCKER
)

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Attorney Fees | | | $1,050.00 |
| 10/06/2020 | Preparation of Motion for Relief | $1,050.00 | |
| Filing Fees and Court Costs | | | $181.00 |
| 10/06/2020 | Filing of Motion for Relief | $181.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:     **$1,231.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re: Christopher John Standerwick
Crystal Dawn Preston-Standerwick

Bankruptcy Case No.: 17-57688-tjt
Chapter: 13

Judge: Thomas J. Tucker

CERTIFICATE OF SERVICE

I, Neisi Garcia Ramirez, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Christopher John Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310

Crystal Dawn Preston-Standerwick
3470 Yardly Ct.
Sterling Heights, MI 48310

Toni Valchanov     *(served via ECF Notification)*
Frego & Associates
23843 Joy Road
Dearborn Heights, MI 48127

Tammy L. Terry     *(served via ECF Notification)*
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    12/8/2020    By:    /s/Neisi Garcia Ramirez
               (date)              Neisi Garcia Ramirez
Authorized Agent for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST