UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 17-57688 |
| Christopher John Standerwick<br>Crystal Dawn Preston-Standerwick | Chapter 13 |
| Debtor(s). | Judge Thomas J. Tucker |

**ORDER GRANTING STIPULATION FOR CONTINUATION OF THE AUTOMATIC STAY AS TO U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST AND PROPERTY KNOWN AS 3470 YARDLY COURT, STERLING HEIGHTS, MI 48310 WITH CONDITIONS**

**IT IS HEREBY ORDERED** that the Stipulation for Continuation of the Automatic Stay as to U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust with the following Conditions regarding the property at 3470 YARDLY COURT, STERLING HEIGHTS, MI 48310 is **GRANTED**.

This matter having come before the Court upon the Motion for Relief from Stay (Doc. 32) filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Creditor"), and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtors were to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. The Parties agree that the post-petition arrearage owed by the Debtor has been cured through April 1, 2021 with the payment due on May 1, 2021 to be paid, in full, on or before May 1, 2021.

3. Debtor shall maintain regular monthly payments to Movant beginning with the May 1, 2021 payment. Failure by the Debtor to make any payment due to Movant within the month it is due shall constitute a default.

4. In the event that said Debtor should fail to pay any future monthly payment by the date that such payment is contractually due, then, Movant shall give fifteen (15) days notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court an affidavit certifying that the Debtors are in default under the terms of the Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant is hereby granted relief from stay and abandonment.

**Signed on April 30, 2021**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge