| Fill in this information to identify the case: |
|---|
| Debtor 1: Christopher John Standerwick |
| Debtor 2 (Spouse, if filing): Crystal Dawn Preston-Standerwick |
| United States Bankruptcy Court for the: Eastern District of Michigan (State) |
| Case number: 17-57688-tjt |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 23-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 6 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 4/12/2021 Motion for relief from stay | (3) | $ 1,238.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons                    Date 05 / 14 / 2021
  Signature

Print:  Molly Slutsky Simons                  Title  Attorney for Creditor
        First Name    Middle Name    Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number       Street
         Loveland, OH 45140
         City                    State   ZIP Code

Contact phone  ( 513 ) 444 – 4100            Email  bankruptcy@sottileandbarile.com

Sottile & Barile, LLC  
394 Wards Corner Road, Suite 180  
Loveland, OH  45140  
accounting@sottileandbarile.com  
www.sottileandbarile.com



# INVOICE

**BILL TO**  
SN Servicing Corporation  
323 Fifth Street  
Eureka, CA  95501

INVOICE #   
DATE 04/12/2021

**S&B FILE NUMBER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Standerwick, Christopher / Crystal - ▇▇▇ - Motion for Relief from Stay Filing ▇▇▇ | | | 188.00 |
| Standerwick, Christopher / Crystal - ▇▇▇ - Motion for Relief from Stay - ▇▇▇ | 1 | 1,050.00 | 1,050.00 |

|  |  |
|---|---|
| BALANCE DUE | **$1,238.00** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:                                                                   Case No. 17-57688-tjt

Christopher John Standerwick
Crystal Dawn Preston-Standerwick
  *aka* Crystal Dawn Preston                 Chapter 13
  *aka* Crystal Dawn Standerwick

Debtors.                                       Judge Thomas J. Tucker

## PROOF OF SERVICE

      The undersigned does hereby certify that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on May 14, 2021 to the following:

Christopher John Standerwick, Debtor
Crystal Dawn Preston-Standerwick, Debtor
3470 Yardly Ct.
Sterling Heights, MI 48310

James P. Frego, II, Debtors' Counsel
fregolaw@aol.com

Madihi Nasser, Debtor's Counsel
madihaznasser@fregolaw.com

Toni Valchanov, Debtors' Counsel
fregolaw@aol.com

Tammy L. Terry, Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor